IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS INC., <br> Plaintiff, <br><br> Vs. <br><br> MARTHA D. WATLEY, Individually, <br> and as an officer, director, shareholder, <br> and/or principal of THE DAWG HOUSE <br> Defendants. | Civil Action <br><br> File No.: 4-12-CV-129 (CDL) |

DEFENDANTS RESPONSES TO
PLAINTIFF'S FIRST REQUEST FOR RESPONSES
TO INTERROGATORIES TO DEFENDANT
THE DAWG HOUSE

COMES NOW MARTHA D. WATLEY and THE DAWG HOUSE, Defendants herein, by and through their attorney, and make this Defendants Responses to Plaintiff's First Request for Responses to Interrogatories to Defendant The Dawg House and shows unto this honorable Court as follows:

Interrogatory No. 1: State YOUR full name and list all addresses, residential or commercial, possessed, owned, leased, occupied, and/or controlled by YOU on the date of the PROGRAM.

Response:    Martha Delia Watley
             5140 Warm Springs Road
             Columbus, Georgia 31909 0

Interrogatory No. 2: If applicable, identify the business entity that was doing business as the ESTABLISHMENT on the date of the PROGRAM.

Response:    Dee's Dawgs, LLC

Interrogatory No. 3: Identify each person or entity holding a financial interest in the ESTABLISHMENT on the date of the PROGRAM.

Response:    Martha Delia Watley

**Interrogatory No. 4:** Identify and provide job titles, duties, work schedule, home and work telephone numbers, date of birth, and Social Security Number for all personnel who were employed by the ESTABLISHMENT on the date of the PROGRAM.

**Response:**

**Interrogatory No. 5:** Identify and provide job titles, duties, work schedule, home and work telephone numbers, date of birth, and Social Security Number for all personnel who were employed by the ESTABLISHMENT on the date of the PROGRAM.

**Response:**   Dana Bartlett
Waitress
4639 Randall Drive
Columbus, Georgia 31909
706-442-2170
DOB:
SSN:

Candice Hindsman
6522 Billings Lake Drive
Columbus, Georgia 31909
Bartender
DOB:
SSN:

Dana Bartlett
4639 Randall Drive
Columbus, Georgia 31909
Waitress
DOB:
SSN:

Stan Bruce
663 Parchester Drive
Columbus, Georgia 31907
Cook
DOB:
SSN:

**Interrogatory No. 6:** State all functions and responsibilities which you had in operating the ESTABLISHMENT both generally and specifically on the date of the PROGRAM.

Response: I was responsible for operating the establishment but I was home with cancer.

Interrogatory No. 7: State in specific detail all income derived by the ESTABLISHMENT on the date of the PROGRAM including all gross receipts derived from cover charges, food sales, alcoholic and non-alcoholic beverage sales, equipment rentals, vending machines, video games, poker machines, pool tables, slot machines, tobaccos sales, and any other source of income or revenue.

Response: Total income of the establishment was $1,336.16. This is the total figure for the establishment from opening until closing for the day in question.

Interrogatory No. 8: State the Fire Code Occupancy and/or official maximum capacity of the ESTABLISHMENT.

Response: 111

Interrogatory No. 9: Identify the person (s) or entity(s) that held a liquor license for the ESTABLISHMENT on the date of the PROGRAM.

Response: Martha Delia Watley

Interrogatory No. 10: State in specific factual detail the method used to broadcast the PROGRAM at the ESTABLISHMENT.

Response: Direct TV

Interrogatory No. 11: State the make, model, size, and location of all television sets as the ESTABLISHMENT on the date of the PROGRAM.

Response: 2 – 30" Vizio
1 – 42" Vizio

Interrogatory No. 12: State the make, mode, size, and location of all television sets in or around the public areas of the ESTABLISHMENT that exhibited the PROGRAM.

Response: 1 – 60" Vizio

Interrogatory No. 13: State the make, model, dish size, and unit identification number of all satellite dishes present on the property of or controlled by the ESTABLISHMENT on the date of the PROGRAM.

Response:   Don't know.

Interrogatory No. 14: State the customer account name, account address, account telephone number, and account number for any satellite television programming for the ESTABLISHMENT on the date of the PROGRAM.

Response:   Martha Delia Watley
            Direct TV
            6522 Billings Lake Drive
            Columbus, Georgia 31909
            706-507-9374

Interrogatory No. 15: State the customer account name, account address, account telephone number, and account number for any satellite television programming for YOU on the date of the PROGRAM.

Response:   See response to number 14 above.

Interrogatory No. 16: State the customer account name, account address, account telephone number, and account number for any cable television programming for the ESTABLISHMENT on the date of the PROGRAM.

Response:   Knology
            Account #1438437
            5140 Warm Springs Road
            Columbus, Georgia 31909

Interrogatory No. 17: State the customer account name, account address, account telephone number, and account number for any cable television programming for YOU on the date of the PROGRAM.

Response:   See response to number 14 above.

**Interrogatory No. 18:** State whether YOU or the ESTABLISHMENT have ever been accused of the unauthorized broadcast of any satellite, cable, or internet-based program or programming. If yes, state in detail who made the allegations against you, when such allegations were made, the circumstances of the allegations and the disposition of any allegations.

**Response:** No

**Interrogatory No. 19:** State whether the ESTABLISHMENT has a Facebook page. If yes, identify the individual that opened the account; identify the individual responsible for updating and maintaining the page; state the Facebook username; and state the e-mail address used to setup the account.

**Response:** There is one but it is not maintained. Dwatley981@aol.com

**Interrogatory No. 20:** State whether the ESTABLISHMENT's Facebook page ever, generally or specifically, named, promoted, advertised or otherwise mentioned the exhibition of the PROGRAM. If yes, state whether such posts have since been deleted, when they were deleted, and the reasons for deleting the posts.

**Response:** No

**Interrogatory No. 21:** State the date that YOU first became aware of JHP's assertions, allegations, and claims against YOU with regard to the broadcast of the PROGRAM at the ESTABLISHMENT.

**Response:** No sure as I was going through chemotherapy and radiation. The dates are unclear.

**Interrogatory No. 22:** Identify each person, other than yourself, who participated in or supplied information used in answering any of the above interrogatories; for each such person, identify the specific interrogatory answer(s) they assisted in answering and the information provided by them.

**Response:** None

(Signature on following page.)

Submitted this  8  day of February, 2013.

          s/ William J. Mason

          _____
          William J. Mason
          Attorney for Defendants
          Georgia State Bar No.: 475690

18 Ninth Street, Suite 101
Post Office Box 1011
Columbus, Georgia 31902-1011
Phone: 706-323-6220

## CERTIFICATE OF SERVICE

I hereby certify that I have this  8  day of February, 2013, served the within and foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

          William Anthony Collins, Jr.
          Attorney at Law
          8565 Dunwoody Place
          Building 15, Suite B
          Atlanta, Georgia 30350

          s/William J. Mason

          _____
          William J. Mason
          Attorney for Defendants
          Georgia State Bar No.: 475690

18 Ninth Street, Suite 101
Post Office Box 1011
Columbus, Georgia 31902-1011
Phone: 706-323-6220
Facsimile: 706-323-8863

**STATE OF GEORGIA**

**COUNTY OF MUSCOGEE**

## VERIFICATION

Personally appeared before me, the undersigned attesting officer, duly authorized to administer oaths in and for said State and County, MARTHA D. WATLEY after first having been sworn, deposes and states that the information contained herein is true ad correct to the best of my knowledge and belief.

_____
MARTHA D. WATLEY

Sworn to and subscribed before me
this the __7__ day of __Feb__, 2013.

_____
Notary Public
My Commission expires: __10/23/13__

TRACY FRAZIER
—NOTARY PUBLIC—OFFICIAL SEAL—
MUSCOGEE COUNTY, GA