

| ACCOUNT NUMBER | DATE DUE | AMOUNT DUE | SERVICE INTERRUPTION DATE |
|---|---|---|---|
| 51575389 | Immediately | $420.03 | 09/17/11 |

Pay online today at directv.com/myaccount

## Summary

Statement Date: 08/31/11
Page 1 of 1 for:
MARTHA WATLEY
For Service at:
6522 BILLINGS LAKE DR
COLUMBUS, GA 31909-4446

| | |
|---|---|
| Previous Balance | 310.62 |
| Payments | -168.18 |
| Current Charges & Fees | 287.87 |
| Adjustments & Credits | -11.00 |
| Taxes | 0.72 |
| **Amount Due** | **$420.03** |

# PAST DUE

Please Pay Immediately
to Avoid Service Interruption.

If you have already
made your payment,
Thank You.

## Activity

| Start | End | Description | Amount |
|---|---|---|---|
| | | Previous Balance | 310.62 |
| 08/06 | | Payment - Thank You - MasterCard | -123.23 |
| 08/26 | | Payment - Thank You - MasterCard | -44.95 |
| | | **Current Charges for Service Period 08/30/11 - 09/29/11** | |
| 08/30 | 09/29 | PREMIER-no locals Monthly | 111.99 |
| 09/28 | 10/27 | NFL SUNDAY TICKET To-Go 2011 Early Renewal in 5 Payments | 9.99 |
| 09/28 | 10/27 | NFL SUNDAY TICKET 2011 Early Renewal in 6 Payments | 53.99 |
| 08/06 | | PPV: UFC 133: Evans vs. Ortiz - LIVE on receiver 2411-542075 | 44.95 |
| 08/27 | | PPV: UFC 134: Silva vs. Okami - LIVE on receiver 2411-542075 | 44.95 |
| | | **Fees** | |
| 08/31 | | Late Fee | 5.00 |
| 08/06 | | Phone Transaction Fee | 5.00 |
| 08/31 | | Leased Receiver | 6.00 |
| 08/31 | | Primary Leased Receiver | 6.00 |
| | | **Adjustments & Credits** | |
| 08/06 | | Phone Transaction Fee | -5.00 Credit |
| 08/31 | | Primary Leased Receiver | -6.00 Credit |
| | | Sales Tax | 0.72 |
| | | **AMOUNT DUE** | **$420.03** |

To contact us call 1-800-531-5000

## IMPORTANT

Please pay your bill immediately to avoid losing your service. If your service is interrupted, you must return all leased receivers to DIRECTV or be charged a non-return fee.

**$100 For You. $100 For Your Friend.**
Tell friends to call 800-375-1760 and give your account number when they order. More at directv.com/refer

**Attention Tennis Fans!**
Don't miss the US Open Experience.
Tune to chs 701-707 starting on Aug. 29th.
The MOST coverage at no extra charge!

**MOVING THIS SUMMER?** One call is all it takes to move your DIRECTV service. Ask about our special Movers offers at 1.888.DTV.MOVE.

126

See back of bill for a list of payment methods. Avoid the $5 phone payment fee by paying online or mailing your payment!

---

PLEASE FOLD ALONG PERFORATION, DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT



| DATE DUE | ACCOUNT NUMBER | AMOUNT DUE | PAYMENT ENCLOSED |
|---|---|---|---|
| Immediately | 51575389 | $420.03 | |

☐ Note my change of address on reverse side.
DO NOT WRITE OTHER COMMENTS ON THIS FORM

(706) 681-9571

To sign up for Auto Bill Pay, See Reverse.

Please do not send cash. Make check or money order payable to:

#BWNHPWR
#PEAEGECHI5#
AT 01 007927 57969E 26 A**3DGT
MARTHA WATLEY
6522 BILLINGS LAKE DR
COLUMBUS GA 31909-4446

DIRECTV
PO BOX 538605
ATLANTA GA 30353-8605

0000000000000000051575389 5 0028 00010941 00042003 7