Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __MARTHA WATLEY__

was received by me on *(date)* __12/03/2012__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __JAMES WATLEY, THE DEFENDANT'S SPOUSE__ , a person of suitable age and discretion who resides there,

on *(date)* __12/18/2012__ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/18/2012__

*Server's signature*

__JOHN FOX, PROCESS SERVER__
*Printed name and title*

P.O. BOX 104
KENNESAW, GA 30152

*Server's address*

Additional information regarding attempted service, etc:
JAMES WATLEY STATED THAT HE IS THE DEFENDANT'S SPOUSE AND HE RESIDES AT 6522 BILLINGS LAKE DRIVE, COLUMBUS, GA 31909 WITH THE DEFENDANT, MARTHA WATLEY